

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

JOE DALE JOHNSON

      VS.                                 CAUSE NUMBER PD-1496-14

THE STATE OF TEXAS

## **ORDER**

The above styled and numbered cause is before this Court in Cause No.48,790-C from the 89TH District Court of Wichita County.

The Court is of the opinion the following exhibit should be inspected:

    1.  Defense Exhibit 1 (Sealed Juvenile Record)

Pursuant to Tex. R. App. 34.6(g)(2), the Clerk of Second Court of Appeals is ordered to file this exhibit with the Clerk of this Court on or before the 8th day of April, 2016.

IT IS SO ORDERED THIS THE 5th DAY OF APRIL, 2016

PER CURIAM

EN BANC

DO NOT PUBLISH